IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Linden Harris,<br><br>   Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>   Defendants. | No. CV14-2158 PHX DGC<br><br>**ORDER** |

Plaintiff Matthew Linden Harris has filed a prisoner civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. United States Magistrate Judge Bridget S. Bade has issued a report and recommendation ("R&R") recommending that the action be dismissed without prejudice for failure to comply with Court orders pursuant to Rule 41(b). Doc. 47. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss this action without prejudice.

**IT IS ORDERED:**

1. The R&R (Doc. 47) is **accepted**.
2. This action is **dismissed without prejudice**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are **denied.***

4. The Clerk is directed to **terminate** this action.

Dated this 20th day of October, 2015.

_____
David G. Campbell
United States District Judge